

# In the Missouri Court of Appeals
## Eastern District

JUNE 7, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1. ED102669   STATE OF MISSOURI, RES V JAMES D. BOYD, APP

2. ED102761 JOHN A. PAINTER, RES V NETTI C. PAINTER, APP

3. ED102916 CEMON L. BYRD, APP V STATE OF MISSOURI, RES

4. ED103136 JANET M. PETERS APP V DONALD WAYNE PETERS, JR RES

5. ED103149 JUSTIN A. LEWIS, APP V STATE OF MISSOURI, RES

6. ED103215 MELVIN HILL, APP V STATE OF MISSOURI, RES

7. ED103374 BARBARA VASEL, APP V ANNETTE ADAMEC, ET AL, RES